UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **JOHN D. KELLER,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**CAMELBAK PRODUCTS, LLC, ET AL.,**<br><br>　　　　　Defendants. | Case No.  4:20-cv-00232-YGR<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 27 |

　　　　The Court issued an order granting defendants' motion to dismiss plaintiff's first amended class action complaint.  (Dkt. No. 27.)  In the order, the Court stated that the it did "not believe that amendment to the complaint is possible," but that, "in light of Keller's request, leave to amend is GRANTED as long as such amendment can be made consistent with Rule 11."  (*Id.* at 4.)  The Court provided that "[t]o the extent Keller decides to file a second amended complaint, the same shall be filed no later than June 19, 2020."  (*Id.* at 4-5.)  A "[f]ailure to do so will result in a *sua sponte* dismissal with prejudice effective June 22, 2020."  (*Id.* at 5.)  Plaintiff did not file a second amended complaint with the Court in this action.

　　　　Accordingly, and in light of the Court's prior order granting defendants' motion to dismiss, this matter is **DISMISSED WITH PREJUDICE**.  The Clerk of the Court is directed to close this case.

　　　　**IT IS SO ORDERED.**

Dated: June 26, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**